**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 9, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00342-CV

---

**TBL GROUP, INC., Appellant**

**V.**

**ENHANCED SMALL BUSINESS INVESTMENT COMPANY LP, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2024-03658**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 25, 2024. On June 17, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.